**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-6493**

---

BILLY G. ASEMANI,

                                        Plaintiff - Appellant,

        versus

ALI FALLAHIAN-KHUZESTANI, Head of the
Government of the Islamic Republic of Iran's
Revolutionary Guard Corps; HOJJATOL-ISLAM
NAYERRI, Chief Judge of the Islamic
Revolutionary Court,

                                        Defendants - Appellees,

        and

UNITED STATES OF AMERICA,

                                        Defendant.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:06-cv-00568-RDB)

---

Submitted: July 25, 2006              Decided: August 2, 2006

---

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Billy B. Asemani, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Billy G. Asemani appeals the district court's order dismissing without prejudice Asemani's complaint in this action brought under 18 U.S.C. § 2333 (2000). Because Asemani may refile this complaint as amended to cure the defects identified by the district court, the dismissal order is not appealable. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED